# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| GERALD HALL, PRO SE PRISONER, | : | No. 15 EM 2024 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| THOMAS MCGINLEY, SUPERINTENDENT, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 28th day of June, 2024, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the "Request to Supplement" are DENIED.